UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPE COD HOSPITAL, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No.: 08-1751 (RCL) |
| | ) |
| KATHLEEN SEBELIUS, | ) |
| Secretary, United States Department | ) |
| of Health and Human Services, | ) |
| | ) |
| Defendant. | ) |

## ORDER AND JUDGMENT

Having considered Plaintiffs' Motion for Judgment and the judgment and opinion of the United States Court of Appeals for the District of Columbia Circuit, it is hereby

ORDERED that Plaintiffs' motion is granted; it is

FURTHER ORDERED that those portions of the 2007 and 2008 rules challenged in this suit be, and hereby are, vacated; it is

FURTHER ORDERED that this matter is remanded to the Secretary for further proceedings consistent with the Court of Appeals' opinion; and it is

FURTHER ORDERED that judgment is hereby entered.

SO ORDERED.

                                                                       _____
                                                                       ROYCE C. LAMBERTH
                                                                       United States District Judge

DATE: 3/29/11